IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Kareem-Ali Muhammad ) | Case No. 1:12-cv-00964-ELH |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION TO SUBPEONA;** |
| v. ) | |
| ) | _____FILED  _____ENTERED |
| Financial Recovery Services, LLC (herein "FRS"), et al ) | _____LODGED _____RECEIVED |
| ) | |
| Defendants. ) | AUG 0 2 2012 |
| ) | AT BALTIMORE |
| | CLERK U.S. DISTRICT COURT |
| | DISTRICT OF MARYLAND |
| | BY _____ DEPUTY |

**MOTION TO SUBPEONA;**

Pursuant to Fed. R. Civ. P.45 and Plaintiff (Kareem-Ali Muhammad), pro se, motions the court to subpoena the following requested documents to the following parties notated on individual subpoena forms: and reserves the right to amend, revise, and /or supplement these disclosures.

Respectfully submitted: without prejudice,

By: _____
KAREEM-ALI MUHAMMAD, PRO SE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

## Certificate of Service

I hereby certify that a copy of Motion to Subpeona was mailed first class UNITED STATES POSTAL MAIL, postage paid via certified mail.

Done this _1_ day of _AUG_, 2012

Birgit Dachtera Stuart, Esq.
Law Offices of Ronald S. Canter, LLC
200A Monroe St., Suite 104
Rockville, MD 20850

*Counsel for:*
*Financial Recovery Services, LLC*
*Brian Bowers*
*Bradley Bowers*


Respectfully submitted,

_____
Kareem-Ali Muhammad, PRO SE
1615 E Cold Spring Lane
Baltimore, MD 21218