IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KAREEM-ALI MUHAMMAD,

    Plaintiff,

-v-                                            Civil Action No. 1:12-cv-00964-ELH

FINANCIAL RECOVERY SERVICES, INC.,
BRIAN BOWERS,
BRADLEY J. BOWERS,
(JOHN DOE 1 – 10), ET AL.,

    Defendants.

## NOTICE OF SETTLEMENT

    PLEASE BE ADVISED that the above-named Plaintiff and Defendants have preliminarily settled this civil action on all issues. The Parties will file a Stipulation of Dismissal as soon as the settlement is completed, which they anticipate will take approximately thirty (30) days. In the interim, Defendants with Plaintiff's consent, hereby respectfully request that this Court enter an Order pursuant to Local Rule 111.

    Respectfully submitted this 29th day of August, 2012.

                                                      THE LAW OFFICES OF RONALD S. CANTER, LLC

                                                      /s/ Birgit Dachtera Stuart
                                                      Birgit Dachtera Stuart, Esquire
                                                      Bar No. 17420
                                                      200A Monroe Street, Suite 104
                                                      Rockville, Maryland 20850
                                                      Telephone:  (301) 424-7490
                                                      Facsimile:   (301) 424-7470
                                                      E-Mail:  bstuart@roncanterllc.com
                                                      *Attorney for Defendants*

2

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by First Class Mail, postage prepaid on this **30th day of August, 2012** to:

>Kareem-Ali Muhammad
>1615 E. Cold Spring Lane
>Baltimore, Maryland 21218
>*Pro Se Plaintiff*

>/s/ Birgit Dachtera Stuart
>Birgit Dachtera Stuart, Esquire
>*Attorney for Defendants*